**Order entered January 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00334-CR

**JASON WALLACE CARPENTER, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 061997**

## ORDER

We **GRANT** the State's December 23, 2013 second motion for extension of time to file the State's brief. The State's brief tendered to the Clerk of the Court on December 23, 2013 is **DEEMED** timely filed as of the date of this order.

/s/     LANA MYERS
        JUSTICE